UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA DOMINGUEZ,

        Plaintiff,

   v.

NORMA ISIP and ART ISIP,

        Defendants.

Case No. C08-1581JCC

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF LINDA DOMINGUEZ, and on behalf of DEFENDANTS in the amount of $1,569.56 as follows:

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $1,569.56 | 0 | $1,569.56 |

Clerk allowed as taxable costs those expenses incurred for depositions used by either party in support of or in opposition to the motion for summary judgment.

Dated this   5th   day of MAY, 2010.

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1